**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CRIMINAL ACTION NO. 06-74-DLB-6

UNITED STATES OF AMERICA                                                  PLAINTIFF

vs.              **ORDER ADOPTING REPORT & RECOMMENDATION**

MARCO ANTONIO MIRANDA-SANCHEZ                       DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the August 8, 2012 Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twenty-four (24) months of imprisonment with no supervised release to follow, and that this sentence be served consecutive to the Indiana State sentence Defendant is currently serving. (Doc. # 245). During the final revocation hearing conducted by Magistrate Judge Wehrman on August 8, 2012, Defendant admitted to violating the terms of his supervised release as set out in the July 17, 2012 Supervised Release Violation Report of United States Probation Officer Leanne M. Vonderhaar. (Docs. # 243, 245).

Defendant having executed a waiver of his right to allocution (Doc. # 244), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently

1

advised,

> **IT IS ORDERED** as follows:
>
> 1. The Report and Recommendation (Doc. # 245) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;
>
> 2. Defendant is found to have **VIOLATED** the terms of his supervised release;
>
> 3. Defendant's supervised release is hereby **REVOKED**;
>
> 4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period **twenty-four (24) months** with no supervised release to follow, this sentence to be served **consecutive** to the Indiana State sentence that Defendant is currently serving; and
>
> 5. A Judgment shall be entered concurrently herewith.
>
> This 30th day of August, 2012.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-74-6 Order Adopting R&R re SR Violation.wpd